JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA PONCE, an individual, | Case No.: cv 20-2464-JFW (JCx) |
| Plaintiff, | [Hon. John F. Walter, Crtm. 7A] |
| v. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| HOSPITALITY STAFFING SOLUTIONS, LLC, a limited liability company, DOE NO. 1 (VERONICA), an individual, and DOES NO. 2 (GALIA), an individual, | |
| Defendants. | Action Filed: January 27, 2020<br>Action Removed: March 13, 2020 |

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: August 14, 2020

_____
Hon. John F. Walter